UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.E., et al.,

                      Plaintiff,

            -against-

NEW YORK CIETY DEPARTMENT OF
EDUCATION,

                    Defendants,
------------------------------------------------------------X

22 Civ. 1078 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 21, 2022, required Defendant to file an answer by March 29, 2022;

WHEREAS, Defendant has not filed an answer.  It is hereby

**ORDERED** that by April 13, 2022, Defendant shall file an answer and a letter explaining why it has not complied with the Court's deadline.  Defendant shall also include in the letter the status of any settlement discussions.

Dated: April 11, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**