

Phone:(212) 265-7200

Fax: (917) 210-3075
Gary@mayerslaw.com
330 W 38TH ST,
SUITE 600
NEW YORK, NY 10018

_____

May 20, 2022

VIA ECF

Honorable Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288

**_LORNA G. SCHOFIELD_**
**UNITED STATES DISTRICT JUDGE**

Application GRANTED.  Plaintiffs' deadline to file a motion for attorneys' fees is extended to June 10, 2022.

Dated:  May 24, 2022
New York, New York

**Re: Case 1:22-cv-01078-LGS J.E. et al. v. NYCDOE**

Dear Judge Schofield,

I am writing Your Honor to request a concomitant three week extension of Plaintiff's time to move for summary judgment on their fee claim. We previously moved on Defendant's behalf on an extension because Defendant's counsel and his entire family had COVID-19. Your Honor extended Defendant's time to respond but did not extend Plaintiff's time to make a motion. Accordingly, we respectfully request that extension at this time. Based on my discussions with Mr. Frank before he and his family became ill, I have every reason to believe that Mr. Frank and I will come to terms on the fee issue so that we may obviate the need for Your Honor to do anything in this case other than mark this matter as "settled". The last thing that I want to do is to prepare and submit an additional set of motion papers that will expose Defendant to further "fees on fees". The parties will surely put this additional time to good use.

Respectfully submitted,

s/ *Gary S. Mayerson*
Gary S. Mayerson

cc: Philip Frank, Esq.