

**T**HE **C**ITY OF **N**EW **Y**ORK
**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
phone: (212) 356-0886
fax: (212) 356-1148
pfrank@law.nyc.gov

June 8, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The parties' proposed briefing schedule is so ordered.

Dated: June 9, 2022
New York, New York

*[signature]*

**L**ORNA **G. S**CHOFIELD
**U**NITED **S**TATES **D**ISTRICT **J**UDGE

Re:  *J.E. v. New York City Department of Education*, 22-cv-1078 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York and the attorney assigned to represent Defendant New York City Department of Education ("DOE") in the above-referenced matter. Plaintiffs, the parents of a student with disabilities, seek attorney's fees under the Individuals with Disabilities Education Act for three separate administrative proceedings.

I write to respectfully request a 21-day adjournment of the briefing schedule on Plaintiffs' motion for attorneys' fees. The Court granted the parties' first two requests to extend the briefing schedule. Counsel for Plaintiffs, Gary S. Mayerson, consents to this request.

By way of background, pursuant to the Court's Orders dated May 24, 2022 (Dkt. No. 18) and May 16, 2022 (Dkt. No. 15), the Court set forth the following briefing schedule: (1) Plaintiffs to file a motion for summary judgment seeking attorneys' fees by June 10, 2022; (2) Defendant to file its opposition by June 24, 2022; and (3) Plaintiffs to file any reply by July 1, 2022.

The reason for the requested enlargement is that I was recently out sick for an extended period of time as my entire immediate family and I contracted COVID-19, with one of my family members subsequently developing serious complications as a result of the virus. The requested extension of time, therefore, will enable me to finalize my analysis of Plaintiffs'

- 2 -

timesheets, obtain settlement authority, and provide a counteroffer to Plaintiffs in an effort to resolve the matter prior to expending the resources (and additional fees) on motion practice.

Accordingly, Defendant respectfully requests, on consent, that the Court grant a 21-day adjournment of the briefing schedule on Plaintiffs' motion for summary judgement seeking fees, as follows:

- Plaintiffs motion due by July 1, 2022;
- Defendant's opposition due by July 15, 2022; and
- Plaintiffs reply, if any, due by July 22, 2022.

I thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          /s/

                                          Philip S. Frank
                                          Assistant Corporation Counsel

cc:     All counsel of record (via ECF)